IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANGEL ENRIQUE ROMERO GALINDEZ, #17931-069, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 21-cv-01044-JPG ) |
| FAISAL AHMED, K. SCHNEIDER, and FBOP, | ) ) ) ) |
| Defendants. | ) ) |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

This matter is now before the Court for case management purposes. On August 23, 2021, Plaintiff filed two "*Bivens* actions" pursuant to 28 U.S.C. § 1331 to reassert claims for the denial of medical care, previously dismissed on exhaustion grounds in *Galindez v. Ahmed, et al.*, Case No. 20-cv-00655-JPG (Docs. 97 and 98), against officials at the Federal Correctional Institution in Greenville, Illinois. *See Galindez v. Ahmed, et al.*, Case No. 21-cv-01044-JPG (S.D. Ill.) (Doc. 1) ("Case 21-1044"); *Galindez v. Ahmed, et al.*, Case No. 21-cv-01045-JPG (S.D. Ill.) (Doc. 1) ("Case 21-1045"). With the exception of a single page, the two new *Bivens* actions are identical. The single page is the final denial of Plaintiff's grievance dated November 13, 2020. He included this denial with the Complaint filed in Case 21-1045. (*See* Doc. 1, p. 13). However, he excluded it from the Complaint filed in Case 21-1044. (*See* Doc. 1).

The two new *Bivens* actions are obviously duplicative and should not proceed as separate suits. Both matters involve the same Complaints, the same defendants, the same claims, the same requests for relief, and nearly-identical exhibits (with the exception noted above).

1

Although the Court would normally allow the earlier action to proceed and administratively close the newer case, the Court will deviate from this practice here. Both cases were opened on the same date. However, the Complaint in Case 21-1044 is missing the final grievance denial that the Complaint in Case 21-1045 contains. Under the circumstances, it is clear that Plaintiff intended to proceed with a single new suit, and that new *Bivens* action is Case 21-1045. Therefore, the Court will administratively close Case 21-1044.

The Clerk of Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE** Case No. 21-cv-01044-JPG and **TERMINATE** all pending motions (Docs. 2 and 4) therein. No filing fee is assessed for the action. All further documents filed in connection with Plaintiff's claims should be filed in Case No. 21-cv-01045-JPG.

**IT IS SO ORDERED.**

**DATED: 8/25/2021**                                        s/J. Phil Gilbert
                                                            **J. PHIL GILBERT**
                                                            **United States District Judge**